IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM, | § § § § § § § § § § § | Consolidated Case No. A:05CA181 SS [Related Case Nos. A:05CA198 SS A:05CA333 SS] |
| *Plaintiff,* | | |
| v. | | |
| BENQ AMERICA CORP., ET AL., | | JURY DEMANDED |
| *Defendants.* | | The Honorable Sam Sparks |

## STIPULATION TO JUDGMENT OF NON-INFRINGEMENT

WHEREAS on January 26, 2006 the Defendants moved for summary judgment that the phrase "syllabic element" as used in the 4,674,112 patent (the " '112 patent") was indefinite as a matter of law. (Docket No. 189.)

WHEREAS on July 14, 2006 the Court denied Defendants' motion for summary judgment and held that the phrase "syllabic element" was sufficiently definite as a matter of law. (Docket No. 266.)

WHEREAS on November 7, 2006, Motorola filed a motion for summary judgment that two of its handsets – the i205 and T720 – do not infringe the '112 patent. (Docket No. 395.)

WHEREAS the T720 handset employs iTap text messaging software, and the i205 handset employs T9 text messaging software.

WHEREAS on April 9, 2007, the Court entered summary judgment that the i205 and T720 handsets do not infringe the '112 patent. (Docket No. 484.)

WHEREAS the parties desire to stipulate to entry of a final judgment as set forth herein in order to facilitate an appeal of the Court's rulings.

IT IS THEREFORE HEREBY STIPULATED BY AND AMONGST THE PARTIES THROUGH THEIR RESPECTIVE COUNSEL AS FOLLOWS:

(1) All remaining handsets identified in "Plaintiff's Infringement Contentions for Samsung A620 and 8500A Devices," (Docket No. 288), "Plaintiff's Infringement Contentions for Devices Using T9 Software," (Docket No. 290), and "Plaintiff's Infringement Contentions for Devices Using iTap Software," (Docket No. 294), use either iTap or T9 software that was the subject of Motorola's summary judgment motion. All remaining handsets identified in "Plaintiff's Infringement Contentions for Accused Devices Using eZiText Software," (Docket No. 292), use eZiText software. (Collectively "the Remaining Handsets")

(2) The Remaining Handsets do not rely on a vocabulary of "only syllabic elements," as the term "syllabic elements" was construed by the Court in its July 14, 2006 Order (Docket No. 266), and as applied by the Court in its order dated April 9, 2007 (Docket No. 484.).

(3) Although the Remaining Handsets were not the subject of Motorola's summary judgment motion, because the Remaining Handsets do not rely on a vocabulary of "only syllabic elements," on that basis the Parties stipulate that the Court's order granting Motorola's summary judgment motion (Docket No. 484) would apply equally to the Remaining Handsets. Plaintiff and Defendants do not stipulate to, and reserve all rights to: (a) contest on appeal any other findings on which the Court based its opinion granting summary judgment; and (b) urge or contest on appeal any basis for affirmance or reversal.

(4) Defendants do not dismiss their defense of invalidity, including but not limited to Defendants' claim that the phrase "syllabic element" is indefinite as a matter of law, and intend to appeal the Court's ruling (Docket No. 266).

(5) Defendants' counterclaims are dismissed without prejudice.

(6) The parties reserve all rights in and to their counterclaims and defenses.

(7) Accordingly, the parties stipulate to entry of a final judgment of noninfringement.

Dated: April 25, 2007

Respectfully submitted,

/s/ Charles K. Verhoeven

CHARLES K. VERHOEVEN
Cal. Bar No. 170151
KEVIN P. B. JOHNSON
Cal. Bar No. 177129
VICTORIA F. MAROULIS
Cal. Bar. No. 202603
JENNIFER A. KASH
Cal. Bar No. 203679
EVETTE D. PENNYPACKER
Cal. Bar No. 203515
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California St., 22nd Floor
San Francisco, California 94111
415.875.6600 Telephone
415.875.6700 Facsimile

COUNSEL FOR DEFENDANTS AUDIOVOX COMMUNICATIONS CORP., BENQ AMERICA CORP., CHI MEI COMMUNICATION SYSTEMS, INC., COMPAL COMMUNICATIONS, INC., CURITEL COMMUNICATIONS, INC., HTC CORP., HON HAI PRECISION INDUSTRY CO., LTD., KYOCERA WIRELESS CORP, LG ELECTRONICS MOBILECOMM U.S.A., INC., MOTOROLA, INC., NEC CORPORATION OF AMERICA, NOKIA, INC., PANASONIC CORP. OF NORTH AMERICA, SAMSUNG TELECOMMUNICATIONS AMERICA, LLP., SANYO NORTH AMERICA CORP., SENDO AMERICA INC., SHARP CORPORATION, SIEMENS COMMUNICATIONS, INC., SONY ERICSSON MOBILE COMMUNICATIONS, A.B, SONY ERICSSON MOBILE COMMUNICATIONS (U.S.A.), INC., UTSTARCOM INC.
*And*
RUSSELL HORTON
Texas Bar No. 10014450
KINCAID, HORTON & SMITH
106 E. 6th Street
Austin, TX 78701
512-499-0999 Telephone
512-499-0816 Facsimile

COUNSEL FOR DEFENDANTS COMPAL COMMUNICATIONS, INC., HTC CORP., LG ELECTRONICS MOBILECOMM U.S.A., INC., NEC CORPORATION OF AMERICA, SONY ERICCSON MOBILE COMMUNICATIONS, A.B, SONY ERICCSON MOBILE COMMUNICATIONS (U.S.A.), INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLP., SHARP CORPORATION, PANASONIC CORP. OF NORTH AMERICA
*and*
ALAN ALBRIGHT
Texas Bar No. 00973650
FISH & RICHARDSON, P.C.
111 Congress Ave., Suite 400
Austin, TX 78701
512.391.4928 Telephone
512.391.6837 Facsimile

COUNSEL FOR DEFENDANTS CURITEL COMMUNICATIONS, INC., SANYO NORTH AMERICA CORP., SENDO AMERICA INC., SIEMENS COMMUNICATIONS, INC.., UTSTARCOM INC., NOKIA, INC.,
*and*
WAYNE HARDING
Texas Bar No. 08978500
DEWEY BALLANTINE LLP
401 Congress Avenue, Suite 3200
Austin, TX 78701
512.226.0300 Telephone
512.226.0333 Facsimile

COUNSEL FOR DEFENDANTS BENQ AMERICA CORP., CHI MEI COMMUNICATION SYSTEMS, INC., HON HAI PRECISION INDUSTRY CO., LTD. AND MOTOROLA, INC.

*with permission*

SHARON ISRAEL
Texas Bar No. 0078934
Mayer, Brown, Rowe & Maw LLP
700 Louisiana Street-Suite 3400
Houston, Texas 77002

COUNSEL FOR DEFENDANT KYOCERA WIRELESS CORP.

*[signature]*

MICHAEL W. SHORE
State Bar No. 18294915
ALFONSO GARCIA CHAN
State Bar No. 24012408
JEFFREY R. BRAGALONE
State Bar No. 02855775
GERALD B. HRYCSZYN
State Bar No. 24043734
JENNIFER M. RYNELL
State Bar No. 24033025
SHORE CHAN BRAGALONE LLP
325 North Saint Paul Street-Suite 4450
Dallas, Texas 75201
214.593.9110 Telephone
214.593.9111 Facsimile

COUNSEL FOR PLAINTIFF THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM